■ REN-CRIS LITHO, INC., Doing Business as PRINTING PRODUCTS, Appellant, v VANTAGE GRAPHICS, INC., et al., Respondents, et al., Respondents. [598 NYS2d 945] —Order, Supreme Court, New York County (Myriam J. Altman, J.), entered April 23, 1992, which, *inter alia,* granted respondents' motion to dismiss to the extent of dismissing all claims against Vantage, Passo, and Hunter, except the claim alleging a 1986 payment of $1,500, on statute of limitations grounds, unanimously affirmed, with costs.

Petitioner's failure to commence a proceeding prior to the expiration of the six-year statute of limitations bars this

proceeding to set aside certain alleged fraudulent conveyances pursuant to Debtor and Creditor Law § 273 *(see, Hearn 45th St. Corp. v Jano,* 283 NY 139; *Quadrozzi Concrete Corp. v Mastroianni,* 56 AD2d 353). The 20-year statute of limitations for enforcement of judgments applies only to judgment debtors and not transferees unnamed in the judgment. Concur—Murphy, P. J., Rosenberger, Kupferman, Kassal and Nardelli, JJ.